IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **RAYLON LLC** | § § § § | |
| Plaintiff, | § | |
| vs. | § § | **CASE NO. 6:09-CV-355**<br>**PATENT CASE** |
| **COMPLUS DATA INNOVATIONS, et al** | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **RAYLON LLC** | § § § § | |
| Plaintiff, | § | |
| vs. | § § | **CASE NO. 6:09-CV-357**<br>**PATENT CASE** |
| **EZ TAG CORPORATION , et al** | § § § | |
| Defendants. | § | |

## ORDER

Previously, the Court appointed Richard Egan as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.  The Court has received Mr. Egan's invoice for services through December 2, 2010 in the amount of $12,499.72 and hereby **ORDERS** prompt payment to Mr. Egan at O'Keefe, Egan, Peterman & Enders L.L.P.,  1101 Capital of Texas Highway South, Building C, Suite 200, Austin, Texas  78746 as follows:

| | |
|---|---|
| Plaintiff: | $ 6,259.86 |
| Defendants: | $6,259.86 |
| TOTAL: | $ 12,499.72 |

**So ORDERED and SIGNED this 13th day of December, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**