**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **RAYLON LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:09-CV-355** |
| | § | **PATENT CASE** |
| **COMPLUS DATA INNOVATIONS, et al.,** | § | |
| | § | |
| **Defendants** | § | |
| | | |
| **RAYLON LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:09-CV-356** |
| | § | **PATENT CASE** |
| **ADVANCED PUBLIC SAFETY, INC., et al.,** | § | |
| | § | |
| **Defendants** | § | |
| | | |
| **RAYLON LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:09-CV-357** |
| | § | **PATENT CASE** |
| **EZ TAG CORPORATION, et al.,** | § | |
| | § | |
| **Defendants** | § | |

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order of March 23, 2011, it is

**ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff take nothing from Defendants and that

1

all pending motions are **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 23rd day of March, 2011.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**