# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **RAYLON, LLC,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**COMPLUS DATA INNOVATIONS, et al.,**<br><br>        **Defendants.** | **C.A. No. 6:09-cv-355**<br>**(Davis)**<br><br>**Jury Trial Demanded** |
| **RAYLON, LLC,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**ADVANCED PUBLIC SAFETY, INC., et al.,**<br><br>       **Defendants.** | **C.A. No. 6:09-cv-356**<br>**(Davis)**<br><br>**Jury Trial Demanded** |
| **RAYLON, LLC,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**EZ TAG CORPORATION, et al.,**<br><br>       **Defendants.** | **C.A. No. 6:09-cv-357**<br>**(Davis)**<br><br>**Jury Trial Demanded** |

**NOTICE OF APPEAL OF**
**<u>CASIO AMERICA, INC. AND CASIO COMPUTER CO., LTD.</u>**

Notice is hereby given that defendants Casio America, Inc. and Casio Computer Co., Ltd. ("Casio") in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment, entered in this action on March 23, 2011, and from the

Memorandum Opinion and Order denying Casio's motions for Rule 11 sanctions, entered in this action on March 9, 2011.

Currently pending before the Court is defendants Casio, Complus Data Innovations and Symbol Technologies, Inc.'s motion to amend the judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure and to toll the appeal period pending resolution of these defendants' motions for attorneys' fees and costs filed pursuant to Rule 54 of the Federal Rules of Civil Procedure. Pursuant to Rule 4(a)(4)(B) of the Federal Rules of Appellate Procedure, Casio understands that this notice of appeal shall become effective to appeal the judgment when the order disposing of the motion to amend is entered, or in the event the appeal period is tolled pending resolution of the motions for attorneys' fees and costs, when the last of the orders disposing of the motion to amend and motions for attorneys' fees and costs is entered.

Respectfully submitted,

Dated: April 22, 2011    /s/ *Katherine M. Lieb*
Scott David Stimpson
*Pro Hac Vice*
sstimpson@sillscummis.com
Katherine M. Lieb
*Pro Hac Vice*
klieb@sillscummis.com

SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

John C. Hardy
Texas State Bar No. 08992500
john@hardylaw.com

HARDY & ATHERTON, P.C.
909 ESE Loop 323, Suite 750
Tyler, Texas 75701
Tel: 903-561-8400
Fax: 903-461-8228

ATTORNEYS FOR DEFENDANTS,
CASIO AMERICA, INC. AND CASIO COMPUTER
CO., LTD.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the electronic case filing ("ECF") system of the U.S. District Court, Eastern District of Texas, as per Local Rule CV-5(a)(3), on April 22, 2011.

                          /s/ *Katherine M. Lieb*
                          Katherine M. Lieb